IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR98 |
| vs. | |
| CAMERON G. BECK, | ORDER |
| Defendant. | |

Defendant Cameron G. Beck appeared before the court on January 19, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [39]. Defendant was represented by Assistant Federal Public Defender, Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney, Gregory D. Artis, Jr. The government sought detention, and Defendant requested a combined preliminary and detention hearing.

A combined preliminary and detention hearing was held on January 24, 2018, at which time Defendant waived his right to a preliminary hearing. The government withdrew its motion for detention, and the court determined that Defendant should be released on current terms and conditions of supervision; however, that Defendant should also be remanded to the custody of authorities for the State of Nebraska on a warrant to answer to the charges filed in state court.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 29, 2018, at 11:00 a.m. Defendant must be present in person.

2. Defendant is released on the current terms and conditions of supervision.

3. The U.S. Marshal will return Defendant to the custody of authorities for the State of Nebraska to be held on the warrant issued in the defendant's state case.

Dated this 24th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge